Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

MARC A. LIEBERMAN (SBN 157318)
ALAN W. FORSLEY (SBN 180958)
FREDMAN KNUPFER LIEBERMAN LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
Tel. (310) 284-7350
Fax (310) 284-7352

FOR COURT USE ONLY

☐ *Individual appearing without attorney*
☑ *Attorney for:* Creditor John S. Brandon

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
<u>LOS ANGELES</u> DIVISION

| In re: JORGE BARAJAS, | CASE NO.: 2:11-bk-34851-BB |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY UNDER 11 U.S.C. § 362(c)(3) OR THAT NO STAY IS IN EFFECT UNDER 11 U.S.C. § 362(c)(4)(A)(ii) (with supporting declarations)** |
| Debtor(s). | DATE: 7/12/11<br>TIME: 10:00 a.m.<br>COURTROOM: 1475<br>PLACE: See below |

**(MOVANT:** John S. Brandon                                                                        )

1. NOTICE IS HEREBY GIVEN to <u>JORGE BARAJAS</u> the debtor(s) and trustee (if any), and affected creditors("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, movant in the above-captioned matter will move this court for an order confirming termination of the stay or that no stay is in effect on the grounds set forth in the attached motion.

2. **Hearing Place:**

   ☑ **255 East Temple Street, Los Angeles, CA 90012**
   ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**
   ☐ **3420 Twelfth Street, Riverside, CA 92501**
   ☐ **411 West Fourth Street, Santa Ana, CA 92701**
   ☐ **1415 State Street, Santa Barbara, CA 93101**

3. a. ☑ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the movant's attorney (or upon

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

October 2009                                    Page 1                                    **F 4001-1.MOTION.TS**

movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☐ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing.

(1) ☐ Opposition to the motion may be made orally at the hearing

(2) ☐ Any written response or evidence must be filed and served:

☐ at the hearing   ☐ at least ___ days before the hearing

(A) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(B) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court, and such application and order have been or are being served upon the debtor(s), trustee, and parties in interest.

(C) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that Application, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the clerk's office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1.RESPONSE)*, or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the motion and may grant the requested relief.

Date: *June 10, 2011*

FREDMAN KNUPFER LIEBRMAN LLP
_____
*Print Law Firm Name (if applicable)*

ALAN W. FORSLEY                                          *signature*
_____   _____
*Print Name of Individual Movant or Attorney for Movant*   *Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*October 2009*                            Page 2                            **F 4001-1.MOTION.TS**

## MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT

1. **Case History:**
   a. ☑ A voluntary ☐ An involuntary petition concerning an individual(s) under chapter ☐ 7 ☑ 11 ☐ 12 ☐ 13 was filed concerning the present case on *(specify date):* 6/8/11
   b. One or more single or joint bankruptcy cases filed by or against this debtor were pending within the year preceding the petition date in this case. These cases and the reasons for dismissal are:

      1) Case Name: Jorge Barajas          Location where filed: Central District of Cal., L.A. Division
         Case Number: 2:10-bk-24211       Chapter: 13
         Date Filed: 4/13/10                      Date Dismissed: 7/1/10
         Reason for Dismissal: *Plan unconfirmable*

      2) Case Name: Jorge Barajas          Location where filed: Central District of Cal., L.A. Division
         Case Number: 2:10-bk-41908       Chapter: 13
         Date Filed: ~~4/13/10~~ 7/30/10    Date Dismissed: 10/18/10
         Reason for Dismissal: *Plan unconfirmable.*

      ☐ See attached continuation page

2. **Grounds for Order:**
   a. ☐ Under 11 U.S.C. § 362(c)(3):
      1) A single or joint case filed by or against the debtor was pending but dismissed within the year preceding the petition date in this case;
      2) The dismissed case was not a case refiled under a chapter other than chapter 7 following dismissal under 11 U.S.C. § 707(b); and
      3) Thirty days have elapsed since the filing of the petition in the above-entitled case and no order has been entered continuing the stay.
   b. ☑ Under 11 U.S.C. § 362(c)(4)(A)(ii):
      1) Two or more single or joint cases filed by or against the debtor were pending but dismissed within the year preceding the petition date in this case; and
      2) None of the dismissed cases was refiled under a chapter other than chapter 7 after dismissal under 11 U.S.C. § 707(b).

3. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. ☑ Movant requests that the court take judicial notice of the proceedings in the present case and the proceedings in each of the prior cases.
   b. ☐ Other evidence *(specify):*

4. ☐ **An optional Memorandum of Points and Authorities is attached to this motion.**

**WHEREFORE, Movant prays that this court issue an order** *(specify forms of relief requested):*
   1. ☐ Confirming under 11 U.S.C. § 362(c)(3) that the automatic stay has been terminated with respect to the debtor.
   2. ☑ Confirming under 11 U.S.C. § 362(c)(4)(A)(ii) that no stay was ever in effect in this case.
   3. ☐ For other relief requested, see attached continuation page.

Date: 6/10/11                              Respectfully submitted,

                                           Creditor John S. Brandon
                                           _____
                                           *Movant Name*

                                           FREDMAN KNUPFER LIEBERMAN LLP
                                           _____
                                           *Firm Name of Attorney for Movant (if applicable)*

                                           By: _____
                                           *Signature*

                                           Name:  ALAN W. FORSLEY
                                           _____
                                           *Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

October 2009                              Page 3                              F 4001-1.MOTION.TS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY UNDER 11 U.S.C. § 362(c)(3) OR THAT NO STAY IS IN EFFECT UNDER 11 U.S.C. § 362(c)(4)(A)(ii)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 10, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

michael@riveralaw.com;hatty.yip@usdoj.gov;russell.clementson@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On <u>6/10/11</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 6/10/11 | Alan W. Forsley | |
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

October 2009                                    Page 4                              **F 4001-1.MOTION.TS**

**SERVICE LIST**

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy NC4-105-02-99<br>P.O Box. 26012<br>Greensboro, NC 27420-6012 | Chase P.O. Box 15298<br>Wilimington, DE 19850-5298 | Capital One, N.A.<br>Capital One Bank (USA) N.A.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Discover Financial Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Jorge Barajas<br>P.O. Box 39386<br>Downey, CA 90239-0386 | Amex<br>c/o Beckett & Lee<br>16 General Warren Blvd.<br>Malvern, PA 19355-1245 |
| Chase<br>201 N. Walnut St// Del-1027<br>Wilmington, DE 19801-2920 | Feb/Frys<br>280 W. 10200 S. Ste 200<br>Sandy, UT 84070-4267 | Discovery Fin<br>P.O. Box 8003<br>Hilliard, OH 43026 |